

# NUMBER 13-18-00246-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JORGE ALBERTO CLEMENTE
GUAJARDO,                                                         Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 398th District Court
### of Hidalgo County, Texas.

## ORDER TO FILE APPELLATE BRIEF

**Before Justices Benavides, Hinojosa, and Tijerina**
**Order Per Curiam**

This cause is currently before the Court on appellant's motion for extension of time to file the brief. Appellant's brief was originally due on November 5, 2018, and this Court has previously granted appellant six extensions for the filing of appellant's brief in this cause, including three extensions which were granted for appellant's current counsel.

Appellant's counsel was appointed to represent appellant in June 2019.

The Court most recently ordered the brief to be filed on or before January 27, 2020, and notified counsel that the Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. Appellant has now filed his fourth motion, with present counsel, requesting additional time to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's seventh motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's motion for extension of time to file the brief is GRANTED, and the Honorable Rolando Garza, counsel for appellant, is ORDERED to file the appellate brief with this Court on or before March 2, 2020. NO FURTHER EXTENSIONS WILL BE GRANTED IN THIS MATTER absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. TEX. R. APP. P. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of February, 2020.

2